IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSE L. MCCURLEY**  **PLAINTIFF**
**#50825**

v.   Case No. 4:23-cv-00882-KGB

**SHANE JONES, Sheriff, Pope**
**County Sheriff's Office,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jesse L. McCurley's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 5). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

So adjudged this 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge